UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAKOTA GRANITE COMPANY,<br>14964 484th Street<br>Milbank, South Dakota 57252,<br>on behalf of itself and all others similarly situated,<br>　　　　　Plaintiff,<br><br>v.<br><br>ASSOCIATION OF AMERICAN RAILROADS, BNSF RAILWAY COMPANY, CSX TRANSPORTATION, INC., KANSAS CITY SOUTHERN RAILWAY COMPANY, NORFOLK SOUTHERN RAILWAY COMPANY, AND UNION PACIFIC RAILROAD COMPANY,<br>　　　　　Defendants. | Civil Action No. _____ |

## CERTIFICATE RULE LCvR 26.1

I, the undersigned counsel of record for DAKOTA GRANITE COMPANY certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of DAKOTA GRANITE COMPANY, which have any outstanding securities in the hands of the public:

THERE ARE NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 15, 2007

By: /s/ B.D.R.
Benjamin D. Brown (D.C. Bar #495836)
Michael D. Hausfeld (D.C. Bar #153742)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
1100 New York Avenue NW
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Vincent J. Esades
Scott W. Carlson
**HEINS MILLS & OLSON, P.L.C.**
3550 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
Email: vesades@heinsmills.com
scarlson@heinsmills.com

Christian M. Sande
**CHRISTIAN SANDE LLC**
2751 Hennepin Avenue South, No. 232
Minneapolis, MN 55408
Telephone: (612) 387-1430
Facsimile: (612) 677-3078
Email: christian@christiansande.com

Timothy J. Peters
**PETERS LAW FIRM**
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-1475
Facsimile: (612) 874-9793
Email: peters.timothy.james@gmail.com

*Attorneys for Plaintiff and the Class*